Civil (April 12, 2004)

HONORABLE _Dominic J. Squatrito_ Marshall

DEPUTY CLERK _____    RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE **4-11-08**   START TIME **10:00**   END TIME **10:15**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Farrar_                          CIVIL NO. **04 CV 1175 (CFD)**

§
§                                          _____
§                                          Plaintiffs Counsel
vs.                                        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Flight Safety Tech, etal_  §
§                                          _____
§                                          Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☒ ....# **80** | Motion _____ | ☐ granted | ☐ denied | ☒ advisement |
| ☒ ....# **82** | Motion _____ | ☐ granted | ☐ denied | ☒ advisement |
| ☐ ....# ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

| | | | |
|---|---|---|---|
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |

_____ Hearing continued until _____ at _____