## UNITES STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE FLIGHT SAFETY TECHNOLOGIES, INC. SECURITIES LITIGATION | : : : | Master File No. 3:04-CV-1175 (CFD) |
| This Document Relates To:     ALL ACTIONS. | : : : | CLASS ACTION |

### MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

In order to distribute to investors the funds recovered by the Settlement, pursuant to Fed. R. Civ. P. 23(e) and upon the annexed affidavit of Paul Mulholland, CPA, CVA, of Strategic Claims Services ("SCS"), the Claims Administrator, and the declaration of Laurence Rosen of The Rosen Law Firm, P.A., Lead Plaintiffs' Counsel, and the exhibits thereto and upon all prior proceedings herein, the undersigned hereby move this Court for an Order as follows:

(1) approving the administrative determination of SCS accepting and rejecting claims submitted herein;

(2) directing payment of $38,742.34 out of the Settlement Fund to SCS for the balance of its fees and expenses in connection with the administration of the settlement;

(3) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted;

(4) authorizing and directing a re-distribution of unclaimed/uncashed monies in the Net Settlement Fund, if any remains one year after the initial distribution, and after appropriate efforts have been made to locate and distribute funds to accepted claimants who do not cash their distribution checks, with such remainder to be re-allocated to accepted Class Members who have cashed their checks, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund; and

(5)    for such other and further relief this Court deems just and proper.

The grounds for this motion are further set forth in the accompanying:

    (A)    Affidavit of Paul Mulholland, CPA CVA Concerning Administrative Procedures Performed to Process Claims and the Results Thereof;

    (B)    Declaration of Laurence Rosen in Support of Motion for Class Settlement Distribution Order; and

    (C)    A [Proposed] Class Settlement Distribution Order.

Dated:  October 13, 2008

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/  Laurence M. Rosen, Esq.
LAURENCE M. ROSEN *(phv0482)*
350 Fifth Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Lead Plaintiffs

-and-

STRATTON FAXON
Joel T. Faxon, Esq. (ct16255)
59 Elm Street
New Haven, CT 06510
Tel: (203) 624-9500
Fax: (203) 624-9100

Liaison Counsel for Lead Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE FLIGHT SAFETY TECHNOLOGIES, INC. SECURITIES LITIGATION | : : : | Master File No. 3:04-CV-1175 (CFD) |
| This Document Relates To: ALL ACTIONS. | : : : | CLASS ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th Day of October, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen